IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| vs. | 1:05-CR-16 (WLS) |
| JAMES E. THORNTON, | |
| Defendant. | |

ORDER APPOINTING APPELLATE COUNSEL

It having been made to appear that subsequent to the filing of a notice of appeal at the direction of the defendant, trial counsel requested that he be allowed to withdraw from further involvement in the above captioned matter, and

It also having been made to further appear that the Honorable W. Louis Sands, United States District Judge, has allowed the withdrawal of trial counsel and directed that the undersigned appoint new counsel for purposes of the appeal,

IT IS NOW THEREFORE ORDERED AND ADJUDGED that Rick D. Collum, Attorney at Law, P.O. Box 1867, Moultrie, Georgia, ph. 229/891-3000 be and he hereby is appointed to represent this defendant for purposes of an appeal to the United States Court of Appeals for the Eleventh Circuit.

SO ORDERED, this 28th day of February 2007, NUNC PRO TUNC to February 13, 2007..

*/s/ Richard L. Hodge*
RICHARD L. HODGE
UNITED STATES MAGISTRATE JUDGE